Kenneth J. Abere, Jr., OSB No. 942345
kabere@cosgravelaw.com
Brandon L. Thornburg, OSB No. 184618
bthornburg@cosgravelaw.com
COSGRAVE VERGEER KESTER LLP
900 SW Fifth Avenue, 24ᵗʰ Floor
Portland, OR 97204
Telephone: 503.323.9000
Fax: 503.323.9019

        Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ROBERT BOWERS,<br><br>        Plaintiff,<br><br>v.<br><br>PABLO AGUILAR; ONE WORLD DELIVERY CORP.,<br><br>        Defendants. | Case No. 20CV17996<br><br>**NOTICE OF REMOVAL** |

Pursuant to 28 U.S.C. §§ 1441 and 1446, defendants Pablo Aguilar and One World Delivery Corp. ("Defendants") hereby remove to this court, the state court action currently pending in Oregon Circuit Court, Lane County, case no. 20CV17996 ("the State Court Action"), as described below.

1.      This is a civil action over which the court has original jurisdiction under 28 U.S.C. § 1332, and which may be removed to this court pursuant to 28 U.S.C. § 1441(a), because the matter in controversy exceeds $75,000 and is between citizens of different states.

        a.      Amount in Controversy – The First Amended Complaint seeks a total of $1,550,000.00 in alleged damages.  (Exhibit D, First Amended Complaint, ¶¶ 15-17);

Page 1 -    **NOTICE OF REMOVAL**

1               b.      Citizens of Different States – At both the time of the initiation of the state-

2    court action and the time of the filing of this Notice of Removal:

3                  i. Plaintiff Robert Bowers was a Washington citizen;

4                  ii. Defendant Pablo Aguilar was domiciled in Texas;

5                  iii. Defendant One World Delivery Corporation was a now-defunct

6                Nevada corporation which, prior to being defunct, had its principal place of

7                business in Nevada.

8    Thus, there is complete diversity of citizenship.

9        2.      On or about July 7, 2020, plaintiff purportedly commenced service of the First

10    Amended Complaint by mail.  The First Amended Complaint was the first pleading from which

11    it could be ascertained that the case had become removable, because it was the first pleading

12    from which a defendant that was domiciled in Oregon was removed.  Without conceding that

13    service and/or the summons were sufficient, or that the time to remove the State Court Action to

14    this court began running on that date, this Notice of Removal is filed within 30 days from July 7,

15    2020.

16        2.      Venue is proper in the United States District Court, District of Oregon, Eugene

17    Division, because it is the district and division embracing the place where the State Court

18    Action is pending (Lane County).  *See* 28 U.S.C. §1441(a); LR 3-2(a)(4).

19        3.      Defendant is unaware of any further proceedings that have occurred in the State

20    Court Action other than the filing of the action, notices of representation filed on behalf of One

21    World Delivery Corp., Inc. and previous defendant One World Delivered Corp., and the filing

22    of the First Amended Complaint.

23        4.      Attached are copies of all process, pleadings, and orders served upon defendants

24    in the state court action:

25               a.   The initial Complaint (Exhibit A);

26               b.   Summons served on One World Delivery Corporation (Exhibit B);

Cosgrave Vergeer Kester LLP
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone: (503) 323-9000
Facsimile: (503) 323-9019

1          c.   Summons served on Pablo Aguilar (Exhibit C);

2          d.   The First Amended Complaint (Exhibit D).

3      5.      In filing this notice, Defendants do not waive any defenses or claims, including

4   (but not limited to) any defenses based on jurisdiction, service, or statute of limitations.

5          DATED:  July 14, 2020.

6                                          COSGRAVE VERGEER KESTER LLP

7
                                           *Kenneth J. Abere, Jr.*
8                                          _____
                                           Kenneth J. Abere, Jr., OSB No. 942345
9                                          Brandon L. Thornburg, OSB No. 184618
                                           kabere@cosgravelaw.com
10                                         bthornburg@cosgravelaw.com
                                           900 SW Fifth Avenue, 24th Floor
11                                         Portland, Oregon 97204
                                           Telephone: 503-323-9000
12                                         Fax: 503-323-9019
                                           Attorneys for Defendants
13

14

15

16

17

18

19

20

21

22

23

24

25

26

Page 3 -    **NOTICE OF REMOVAL**

### CERTIFICATE OF SERVICE

1

2      I hereby certify that on July 10, 2020, I caused the foregoing **NOTICE OF REMOVAL**

3 **OF ACTION** to be served on the following individuals at the following address by the method

indicated:
4
             ☐      by personal delivery;
5
             ☒      by placing the document(s) in the U.S. Mail, first class postage prepaid;
6
                    ☒      by email (courtesy copy);
7
             ☐      by facsimile transmission, printed confirmation of receipt attached;
8
             ☐      by overnight delivery.
9

10     Harlan Law Firm
       Beau D. Harlan
       612 E McLoughlin Blvd
11     Vancouver, WA 98663
       bdh@harlanlaw.net
12          *Attorneys for Plaintiff*

13

14     Dated:  July 14, 2020.

15                                            *Kenneth J. Abere, Jr.*

16                                            _____
                                              Kenneth J. Abere, Jr.
17

18

19

20

21

22

23

24

25

26

Cosgrave Vergeer Kester LLP
900 SW Fifth Avenue, Suite 2400
Portland, Oregon 97204
Telephone: (503) 323-9000
Facsimile: (503) 323-9019