5/14/2020 10:24 AM
20CV17996

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR LANE COUNTY

| ROBERT BOWERS, | No: |
|---|---|
| Plaintiff, | |
| v. | COMPLAINT FOR DAMAGES (PURSUANT TO ORS 21.160(1)(D) |
| PABLO AGUILAR; ONE WORLD DELIVERY CORP.; and ONE WORLD DELIVERED CORP., | JURY TRIAL DEMAND |
| Defendants. | NOT SUBJECT TO MANDATORY ARBITRATION |
| | PRAYER: $1,550,000.00 |

Plaintiff, Robert Bowers, alleges:

**PARTIES, VENUE, AND JURISDICTION**

1. At all times material hereto, Plaintiff Robert Bowers (hereinafter referred to as BOWERS), was a resident of the County of Clark, State of Washington.

2. At all times material hereto, Defendant Pablo Aguilar (hereinafter referred to as AGUILAR), was a resident of the County of Bexar, State of Texas.

3. At all material times hereto, Defendant AGUILAR was working within the scope and course of his employment with One World Delivery Corp. and/or One World Delivered Corp. as a semi driver.

4. At all times material hereto, Defendant One World Delivery Corp. (hereinafter referred to as OWDC), was a corporation registered with the Secretary of States in Oregon and Texas.

COMPLAINT FOR DAMAGES - 1

Harlan Law Firm
612 E. McLoughlin Blvd
Vancouver, WA 98663
360-735-8200

1  5. At all times material hereto, Defendant One World Delivered Corp. (hereinafter
2  referred to collectively as OWDC), was a corporation registered with the Secretary of States in
3  Oregon and Texas.

4  6. All acts and omissions subsequently alleged by Plaintiff occurred on Hwy 58 at mile
5  post 22.1 east of Pleasant Hill, State of Oregon, County of Lane.

## STATEMENT OF FACTS

7  7. On or about May 15, 2018, at approximately 1:30 am, BOWERS was driving a 2017
8  Freightliner semi with a 32' trailer eastbound on Hwy 58.

9  8. One the same date and time, AGUILAR was driving a 2010 freight semi with
10 doubles westbound on Hwy 58.

11 9. AGUILAR crossed the centerline and hit BOWERS' semi and trailer. First point of
12 impact was at BOWERS' driver's side mirror, scraping down the side of BOWERS' semi and
13 trailer, hitting his outside dual and then AGUILAR crashed in the ditch, rolling over on the side of
14 the Hwy, and caught fire.

15 10. As a direct and proximate result of the collision between AGUILAR's semi and
16 BOWERS' semi, BOWERS suffered significant and severe injury due to the said collision including
17 but not limited to the fracture of surgically implanted screws associated with a prior C5-7 fusion
18 causing neck pain, vocal cord paralysis, headaches, shoulder pain radiating down into his arm into
19 his elbow, and PTSD (anxiety, stress, nightmares, fatigue, poor concentration).

20 11. Prior to the above-described collision and resulting injuries, AGUILAR committed
21 multiple criminal offenses including, but not limited to, DUI, Vehicular Assault and Possession of a
22 Controlled Substance.

## LIABILITY

24 12. At the said time and place discussed in the preceding paragraph, Defendant Pablo
25 AGUILAR was negligent in one or more of the following particulars:

COMPLAINT FOR DAMAGES - 2

Harlan Law Firm
612 E. McLoughlin Blvd
Vancouver, WA 98663
360-735-8200

  a)  Failing to maintain a proper lookout;

  b)  Failure to maintain lane;

  c)  Failing to maintain proper control of the vehicle; and

  d)  Failing and neglecting to stop, swerve, or otherwise maneuver their vehicle to avoid colliding with the Plaintiff.

  13. At the said time and place discussed in the preceding paragraph, Defendant, OWDC knew or should have known of AGUILAR'S criminal history and was negligent in the hiring and/or retention of AGUILAR as a driver of a commercial motor vehicle.

### DAMAGES

  14. As a direct and proximate cause of the Defendants negligence collectively, Plaintiff Robert BOWERS, sustained injuries including, but not limited to, the fracture of surgically implanted screws associated with a prior C5-7 fusion causing neck pain, vocal cord paralysis, headaches, shoulder pain radiating down into his arm into his elbow, and PTSD (anxiety, stress, nightmares, fatigue, and poor concentration).

  15. The said injuries have caused BOWERS pain, suffering, inconvenience, and have interfered with the normal and usual activities of their daily life and will continue to cause pain, suffering, inconvenience and will interfere with the normal and usual activities of their daily life into the foreseeable future resulting in noneconomic damage in an amount not to exceed $1,000,000.00.

  16. As a direct and proximate result of Defendant's negligence and the resulting collision, Plaintiff has incurred past medical expenses and will continue to incur medical expenses into the future. The medical expenses incurred to date total $50,000.00 and BOWERS will continue to incur medical expenses into the foreseeable future. The amount of total medical expenses will be proven at time of trial.

COMPLAINT FOR DAMAGES - 3

Harlan Law Firm
612 E. McLoughlin Blvd
Vancouver, WA 98663
360-735-8200

1  17. Plaintiff was gainfully employed as a long haul semi-truck driver at the time of the collision. As a direct and proximate result of Defendant's negligence and the resulting collision, Plaintiff has been unable to return to work and will be unable to return to work within the foreseeable future. Plaintiff has suffered lost wages in the past, and will suffer lost wages in the future in an amount not to exceed $500,000.00 or other sum according to proof at time of trial.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff Robert Bowers prays for judgment in their favor against Defendant as follows:

1) For past and future economic damages in the amount of $550,000.00 or other sum according to proof;

2) For past and future non-economic damages in an amount not to exceed $1,000,000.00;

3) Statutory costs and attorney fees; and

4) Such other and further relief as the Court may deem just and equitable.

DATED this /4/ day of May, 2020.

Beau D. Harlan, OSB #022156
Attorney for Plaintiff
Harlan Law Firm
612 E. McLoughlin Blvd.
Vancouver, WA 98663
Phone: (360) 735-8200
Facsimile: (360) 735-8204

COMPLAINT FOR DAMAGES - 4

Harlan Law Firm
612 E. McLoughlin Blvd
Vancouver, WA 98663
360-735-8200