Kenneth J. Abere, Jr., OSB No. 942345
kabere@cosgravelaw.com
Brandon L. Thornburg, OSB No. 184618
bthornburg@cosgravelaw.com
COSGRAVE VERGEER KESTER LLP
900 SW Fifth Avenue, 24th Floor
Portland, OR 97204
Telephone: 503.323.9000
Fax: 503.323.9019

Attorneys for Defendants

Hon. Mustafa T. Kasubhai

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ROBERT BOWERS,<br><br>            Plaintiff,<br>    v.<br><br>PABLO AGUILAR; ONE WORLD DELIVERY CORP.,<br><br>            Defendants. | Case No. 6:20-CV-01141-MK<br><br>**DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Motor Vehicle Accident, Diversity Jurisdiction Pursuant to 28 U.S.C. §§ 1441 and 1446<br><br>**DEMAND FOR JURY TRIAL** |

Defendants Pablo Aguilar and One World Delivery Corp., (collectively "Defendants") Answer Plaintiff Robert Bowers' Complaint, through their counsel, and state as follows:

**PARTIES, VENUE, AND JURISDICTION**

1.

Paragraph 1 contains no allegations against defendants and require no response. Alternatively, defendants lack knowledge or information sufficient to form a belief about its truth.

Page 1 - DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

Cosgrave Vergeer Kester LLP
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone: (503) 323-9000
Facsimile: (503) 323-9019

2.

Defendants admit paragraph 2.

3.

Defendants deny paragraph 3.

4.

As to paragraph 4, defendants deny that One World Delivery Corp. was registered with the Texas Secretary of State.  Defendants admit the remainder of paragraph 4.

5.

As to paragraph 5, defendants admit that plaintiff and defendant were at the place alleged at the time their trucks made contact.

## STATEMENT OF FACTS

6.

As to paragraph 6, defendants lack knowledge or information sufficient to form a belief about the allegations and therefore deny them.

7.

Defendants admit paragraph 7.

8.

As to paragraph 8, defendants admit that there was a collision between the vehicles, but defendants lack knowledge or information sufficient to form a belief about the truth of the remainder of paragraph 8 and therefore denies it.

9.

Defendants deny the allegations in paragraph 9.

**Page 2 -** **DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT**

Cosgrave Vergeer Kester LLP
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone: (503) 323-9000
Facsimile: (503) 323-9019

10.

As to paragraph 10, defendants admit that defendant Aguilar has prior criminal convictions, but deny the remaining allegations in paragraph 10.

## LIABILITY

11.

Defendants deny the allegations in paragraphs 11-13.

## DAMAGES

12.

Defendants deny the allegations in paragraphs 14-17.

## GENERAL DENIAL

13.

Defendants deny each and every allegation in plaintiff's complaints except as expressly admitted above.

## FIRST AFFIRMATIVE DEFENSE

(Sudden Emergency)

14.

Defendant was faced with a sudden emergency which could not have been reasonably predicted, and which was the cause of the accident.

## RESERVATION OF RIGHTS

Defendants expressly reserve the right to amend their Answer and assert additional or withdraw any of the above affirmative defenses as investigation and discovery continue.

**Page 3 - DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT**

Cosgrave Vergeer Kester LLP
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone: (503) 323-9000
Facsimile: (503) 323-9019

## PRAYER FOR RELIEF

WHEREFORE, having fully answered Plaintiff's Complaint, Defendants Pablo Aguilar and One World Delivery Corp., respectfully pray for judgment in their favor, their costs and disbursements, and other relief the court deems appropriate.

DATED: August 4, 2020.

COSGRAVE VERGEER KESTER LLP

*Kenneth J. Abere, Jr.*

Kenneth J. Abere, Jr., OSB No. 942345
Brandon L. Thornburg, OSB No. 184618
kabere@cosgravelaw.com
bthornburg@cosgravelaw.com
Attorneys for Defendants

Page 4 - DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

Cosgrave Vergeer Kester LLP
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone: (503) 323-9000
Facsimile: (503) 323-9019

# CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2020, my office electronically filed the foregoing **DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT** with the Clerk of the Court using the CM/ECF system and served on the following attorneys by the method indicated below:

☐ mail with postage prepaid, deposited in the US mail at Portland, Oregon,

☐ courtesy copy also sent by email

☐ electronic filing notification (if applicable, ORCP 9 H and UTCR 21.100),

☐ hand delivery,

☐ overnight delivery,

☐ email (party has consented to service by e-mail, ORCP 9 C(3)),

☐ facsimile transmission (with confirmation attached, ORCP 9 C(2)),

☒ via CM/ECF.

I further certify that the copy was delivered as indicated above and addressed to the attorneys listed below:

Harlan Law Firm
Beau D. Harlan
612 E McLoughlin Blvd
Vancouver, WA 98663
bdh@harlanlaw.net
    *Attorneys for Plaintiff*

Dated:  August 4, 2020.

*Kenneth J. Abere, Jr.*
_____
Kenneth J. Abere, Jr.

Page 1 -   **CERTIFICATE OF SERVICE**

Cosgrave Vergeer Kester LLP
900 SW Fifth Avenue, Suite 2400
Portland, Oregon 97204
Telephone: (503) 323-9000
Facsimile: (503) 323-9019